## Commonwealth *v.* Wolfe, Appellant.

Argued April 10, 1972. *S.*

*Braun,* with him *Samuel J. Reich,* for appellant; *J. Kent Culley,* Assistant District Attorney, with him *Carol Mary Los,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.